IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEAN LECLERCQ,

Appellant,

v.

Case No.  5D22-1907
LT Case No. 2021-300709-CFDB

STATE OF FLORIDA,

Appellee.

_____/

Decision filed February 7, 2023

Appeal from the Circuit Court
for Volusia County,
Karen A. Foxman, Judge.

Matthew J. Metz, Public Defender,
and Louis Rossi, Assistant Public
Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee.

PER CURIAM.

AFFIRMED.

EVANDER, JAY and HARRIS JJ., concur.